Mark Manning
CRAM, HARDER, WELLS & BARON, P.C.
474 Willamette, #200
Eugene, OR 97401
(541) 686-1969
mamanning@chwb.net
Of Attorneys for the Plaintiff

RECV'D 05 SEP 21 15:18 USDC-ORE

FILED 05 SEP 23 12:44 USDC-ORE

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BONNIE A. STEWARD, ) | |
| ) | Civil No. 04-6409-AA |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER FOR PAYMENT OF ATTORNEY'S |
| JO ANNE B. BARNHART, ) | FEES PURSUANT TO EAJA |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

After considering the stipulated Motion for entry of an order awarding attorney's fees submitted by the parties herein, plaintiff's attorney's Motion for payment of attorney fees is hereby granted, and attorney fees in the amount of $1,393.21 are awarded to plaintiff's attorney, Mark Manning, as full settlement of any and all claims for attorney fees under EAJA. There are no other costs or expenses to be paid herein.

IT IS SO ORDERED on this 23 day of September, 2005.

_____
U.S. District Judge

PRESENTED BY:

By: _____
   Mark A. Manning
   OSB #00311
   Of Attorneys for Plaintiff

1 - ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA